# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number **08 C 187**

George E. Mazurek, on behalf of himself and all other Plaintiffs similary situated known and unknown.

v

**JUDGE GRADY**
**MAGISTRATE JUDGE MASON**

CompuCom Systems, Inc.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PLAINTIFF**

| | |
|---|---|
| NAME | **JOHN W. BILLHORN** |
| SIGNATURE | *s/ John W. Billhorn* |
| FIRM | **BILLHORN LAW FIRM** |
| STREET ADDRESS | **515 N. State Street / Suite 2200** |
| CITY/STATE/ZIP | **Chicago, IL 60610** |
| IDENTIFICATION NUMBER | **ARDC # 6196946** |
| TELEPHONE NUMBER | **(312) 464-1450** |
| FAX NUMBER: | **(312) 464-1459** |
| EMAIL ADDRESS: | jbillhorn@billhornlaw.com |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | **X** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES | **X** | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐                                  APPOINTED COUNSEL ☐



**FILED**
**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT