# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number: 08 C 187

GEORGE E. MAZUREK,
    Plaintiff
v.
COMPUCOM SYSTEMS, INC.,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    COMPUCOM SYSTEMS, INC.

| |
|---|
| NAME (Type or print)<br>JOHN A. YBARRA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ John A. Ybarra |
| FIRM<br>LITTLER MENDELSON P.C. |
| STREET ADDRESS<br>200 N. LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6196983 | 312-372-5520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

       The undersigned certifies that on February 8, 2008, a true and correct copy of the foregoing **APPEARANCE FORM,** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by First Class Mail to the addressee below. Parties may access this filing through the Court's CM/ECF system.

John W. Billhorn
Billhorn Law Firm
515 N. State Street
Suite 2200
Chicago, IL 60610

          /s/ John A. Ybarra
          John A. Ybarra (ID #6196983)
          Littler Mendelson P.C.
          200 N. LaSalle Street, Suite 2900
          Chicago, IL 60601
          312-372-5520
          312-372-7880 - Fax

          *Attorneys for Compucom Systems, Inc.*