IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE E. MAZUREK, on behalf of himself and all others similarly situated, known and unknown,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMPUCOM SYSTEMS, INC.,<br><br>　　　　Defendant. | No.  1-08-cv-00187<br><br>Judge Grady |

### DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

Defendant, CompuCom Systems, Inc., by and through its attorneys, hereby moves this Court to transfer venue of this matter to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).  The facts, argument and authorities supporting this Motion are contained within the attached Supporting Memorandum, which is hereby incorporated by reference.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　  s/Garrison L. Phillips
　　　　　　　　　　　　　　　　　　　　Garrison L. Phillips (#6237872)

Garrison L. Phillips (#6237872)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: March 10, 2008