IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. MAZUREK,** on behalf of himself, and all others similarly situated known and unknown,<br><br>           Plaintiff,<br><br>      v.<br><br>**COMPUCOM SYSTEMS, INC.,**<br><br>           Defendant. | No.  08 CV 0187<br><br>Judge John F. Grady |

### DEFENDANT'S MOTION TO STAY PENDING RULING ON MOTION TO TRANSFER

Defendant CompuCom Systems, Inc. ("CompuCom") hereby moves this Court for a general stay in this action pending the Court's ruling on its Motion to Transfer Venue. In support of its motion, CompuCom States as follows:

1.  Plaintiff filed this action on January 9, 2008.

2.  On March 10, 2008, CompuCom filed a Motion to Transfer Venue to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

3.  In the interest of justice, CompuCom seeks to stay all matters in this case, including the filing of its Answer or other responsive pleading, pending resolution of CompuCom's Motion to Transfer Venue.

4.  CompuCom's rationale for proposing a general stay is that the substantive issues in this case should be decided by the Court that will ultimately handle this case – and, as CompuCom argues in the Motion to Transfer Venue – that should be the Northern District of Texas. In other words, the procedural question regarding *where* the case will sit should be decided before other procedural, substantive, and scheduling issues are addressed.

-2-

WHEREFORE, for the above stated reasons, CompuCom respectfully requests that this Court grant CompuCom's Motion to Stay, and stay this matter until the Court is able to rule on CompuCom's Motion to Transfer Venue.

                                              Respectfully submitted,

                                              s/Garrison L. Phillips
                                                   Garrison L. Phillips (#6237872)

John A. Ybarra (#06196983)
Garrison L. Phillips (#6237872)
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle
Suite 2900
Chicago, IL 60601-1014
Telephone (312) 372-5520
Facsimile (312) 372-7880

Dated: March 10, 2008