IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. MAZUREK, on behalf of himself and all others similarly situated, known and unknown,,** <br><br> Plaintiff, <br><br> v. <br><br> **COMPUCOM SYSTEMS, INC.,** <br><br> Defendant. | No. 1-08-cv-00187 <br><br> Judge Grady |

## NOTICE OF MOTION

To:  John W. Billhorn
     Billhorn Law Firm
     515 N. State Street, Suite 2200
     Chicago, Illinois 60610

     PLEASE TAKE NOTICE THAT on **Wednesday, March, 12, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John F. Grady, or any judge in his stead in courtroom 2001, and then present the attached **Defendant's Motion to Stay Pending Ruling on Motion to Transfer** and **Defendant's Motion to Transfer Venue to the Northern District of Texas**, a true and correct copy of which is hereby served on you.

                          Respectfully submitted,

                          s/Garrison L. Phillips
                          Garrison L. Phillips (#6237872)

Garrison L. Phillips (#6237872)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

-2-

Dated: March 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, a copy of the foregoing *Notice of Motion, Defendant's Motion to Stay Pending Ruling on Motion to Transfer,* and *Defendant's Motion to Transfer to the Northern District of Illinois* were filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

> John W. Billhorn
> Billhorn Law Firm
> 515 N. State Street, Suite 2200
> Chicago, Illinois 60610

                                            s/Garrison L. Phillips
                                            Garrison L. Phillips