# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 187 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Mazurek vs. Compucom Systems | | |

**DOCKET ENTRY TEXT**

Hearing on defendant's motion to stay pending ruling on motion to transfer and defendant's motion to transfer held. Defendant's motion to stay pending ruling on motion to transfer and defendant's motion to transfer entered and continued until further order of court. Status hearing set for 04/16/08 at 11:00 a.m. Time for pleading to the complaint will be discussed at the status hearing.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|