**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

George E. Mazurek
                            Plaintiff,

v.                                                                      Case No.: 1:08−cv−00187
                                                                               Honorable John F. Grady

Compucom Systems, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Response to motion to change venue[8] and motion to stay, motion for relief[9] due by 5/9/2008; reply due by 5/23/2008. Status hearings set for 04/23/08 stricken and reset to 6/11/2008 at 11:00 a.m.Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.