IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. MAZUREK,** on behalf of himself, and all other similarly situated plaintiffs known and unknown,<br><br>    Plaintiff<br><br>    v.<br><br>**COMPUCOM SYSTEMS, INC.**<br><br>    Defendant | **N<sup>o.</sup>** 08 CV 0187<br><br>Honorable Judge Grady<br><br><u>**JURY DEMAND**</u><br><br><u>**F.R.C.P. 23 CLASS ACTION DEMAND**</u> |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE INSTANTER PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CHANGE VENUE**

NOW COMES Plaintiff, **GEORGE MAZUREK,** on behalf of himself, and all other Plaintiffs similarly situated known or unknown, through his attorney of record, John W. Billhorn, and for his unopposed Motion For Leave To File Instanter Response to Defendant's Motion To Transfer Venue, states as follows:

1. On approximately March 10, 2008, Defendants filed a Motion To Change Venue.

2. On April 22, 2008, this Court set a briefing schedule for Plaintiff's Response to be filed by May 9, 2008.

3. Plaintiff's attorney has not been able to complete the filing due to several business and personal issues.

4. For the last 2 weeks, Plaintiff's attorney has been engaged in a consuming document review and settlement negotiations in multi-plaintiff class litigation, against a regional retail Defendant, in which discovery is due to close.

5.   Additionally, a major emergency plumbing situation at Plaintiff's attorney residence, has caused unintentional interruption of business at the office over the course of the last 7 days, and was exasperated with the most recent rainfall.

6.   Defendant, via its counsel Garrison L. Phillips, Defendant has stated that it does not oppose the extra time sought by Plaintiff's counsel.  Defendant would require approximately the same number of days of extension as granted to Plaintiff, which by the time this motion is heard will be an additional 9 days.

7.   Plaintiff's counsel apologizes to the Court for any inconvenience which may have been caused.  This is Plaintiff's first request for an extension.

WHEREFORE, Plaintiff requests that this Court grant his Motion For Leave To File Instanter Plaintiff's Response Defendant's Motion To Change Venue, and for such other relief as the Court deems appropriate under the circumstances.

Respectfully Submitted,

s/ John W. Billhorn

*Electronic Filed 05/13/2008*
_____
John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street
Suite 2200
Chicago, IL 60610
(312) 464-1450

2