IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. MAZUREK,** on behalf of himself, and all other similarly situated plaintiffs known and unknown,<br><br>                Plaintiff<br><br>        v.<br><br>**COMPUCOM SYSTEMS, INC.**<br><br>                Defendant | **N<u>o</u>.** 08 CV 0187<br><br>Honorable Judge Grady<br><br><br><u>*JURY DEMAND*</u><br><br><u>*F.R.C.P. 23 CLASS ACTION DEMAND*</u> |

### NOTICE OF MOTION

TO:   Garrison L. Phillips
      Jeremy Wayne Stewart
      Littler Mendelson, P.C.

        PLEASE TAKE NOTICE that on <u>Wednesday, May 21, 2008 at 11:00 a.m.</u> that we shall appear before the <u>Honorable Judge Grady</u> in <u>Courtroom 2201</u> of the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE INSTANTER PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CHANGE VENUE,** a copy of which is hereby served upon you.

                                        s/ John W. Billhorn
                                        *Electronic Filed 5/13/2008*
                                        _____
                                        John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

### CERTIFICATE OF SERVICE

        The undersigned, a non-attorney, hereby attests under oath that on May 13, 2008 she caused to be served upon the individual(s) of record herein the above referenced documents via the Court's electronic systems, or as otherwise directed.

                                        s/ Jodi S. Hoare
                                        _____
                                        Jodi S. Hoare