**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

George E. Mazurek
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−00187
                                                            Honorable John F. Grady

Compucom Systems, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable John F. Grady:Plaintiff's unopposed motion for leave to file response instanter to defendant's motion to change venue [16] is granted. Hearing set for 05/21/08 stricken. Response to motion to change venue [8], motion to stay and motion for relief [9] due by 5/21/2008; reply due by 6/3/2008. Status hearing set for 06/11/08 stricken and reset to 6/25/2008 at 11:00 a.m.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.