IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. MAZUREK,** on behalf of himself, and all other similarly situated plaintiffs known and unknown,<br><br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>**COMPUCOM SYSTEMS, INC.**<br><br>　　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **N**o**.** 08 CV 0187<br><br>Honorable Judge Grady<br><br><br>***JURY DEMAND***<br><br><br>***F.R.C.P. 23 CLASS ACTION DEMAND*** |

### NOTICE OF FILING

TO:　　Garrison L. Phillips
　　　　Jeremy Wayne Stewart
　　　　Littler Mendelson, P.C.

　　　　PLEASE TAKE NOTICE that on May 22, 2008 I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **EXHIBIT A, EXHIBIT B, AND EXHIBIT C, (EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CHANGE VENUE FILED 5/21/08)**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　s/ John W. Billhorn
　　　　　　　　　　　　　　　　　　　　　　　*Electronically Filed 5/22/2008*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John W. Billhorn


### CERTIFICATE OF SERVICE

　　　　I, Jodi S. Hoare, a non-attorney, state that on May 22, 2008, I caused a copy of the aforementioned documents, to be served via the Court's Electronic Filing System, or as otherwise directed to those of record as indicated above.

　　　　　　　　　　　　　　　　　　　　　　　s/ Jodi S. Hoare
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450