IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE E. MAZUREK,** on behalf of himself, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) ) | **Nº.** 08 CV 0187 |
| Plaintiff | ) ) ) ) | Honorable Judge Grady |
| v. | ) ) | **_JURY DEMAND_** |
| **COMPUCOM SYSTEMS, INC.** | ) ) ) | **_F.R.C.P. 23 CLASS ACTION DEMAND_** |
| Defendant | ) | |

### AFFIDAVIT OF GEORGE E. MAZUREK

NOW COMES Affiant, George Mazurek, having been sworn to oath and under the penalties of perjury, states as follows:

1. I was first employed by Defendant COMPUCOM as an hourly Field Technician and On-Site Technician for approximately 9 years from approximately August of 1996 to February of 2005.

2. I was hired in 1996 after an interview at Defendant's Rosemont, Illinois office which at the time was the headquarters for Defendant's "central district".

3. That headquarters has now been relocated to Des Plaines, Illinois.

4. Plaintiff was hired here in Illinois by Fred Bankhead who remained as his supervisor and direct report for the vast majority of his tenure with the Company.

5. Fred Bankhead as my supervisor was at all times also located here in the Chicago area. Mr. Bankhead presently resides in the Chicago area.

6. While there would likely be others who would be familiar with my job duties and hours of work at the Illinois customers upon whom I called, Mr. Bankhead would be the most knowledgeable in that he supervised my day to day activities and was intimately familiar with my work days and work hours.

FURTHER AFFIANT SAYETH NOT.

*George E. Maynard*   5/21/08

Sworn and subscribed to me on this day May 21, 2008

_____
Notary of Public
John W. Billhorn

"OFFICIAL SEAL"
JOHN W. BILLHORN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 06/15/2008

2