

SERVICES      PROGRAMS      PRESS      PUBLICATIONS      DEPARTMENTS      CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | COMPUCOM SYSTEMS, INC. | File Number | 55609713 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 07/27/1989 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 12/16/2004 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | JAMES DIXON 7171 FOREST LANE DALLAS TEXAS 75230 |
| Agent City | CHICAGO | Secretary Name & Address | RICK MCDONOUGH SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Assumed Name | INACTIVE - DATAFLEX | | |

**Return to the Search Screen**        | **Purchase Certificate of Good Standing** |

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE